**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-1111**

———————

CHARLES T. CONAWAY; ANTHONY JOSEPH SULHOFF;
BARRY CANNON; FRED H. TROUT, JR.; GEORGE F.
GOSLEE,

                                 Plaintiffs - Appellants,

      versus

PENINSULA REGIONAL MEDICAL CENTER,

                                 Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Frederic N. Smalkin, District Judge. (CA-
99-193-S)

———————

Submitted: November 30, 2000      Decided: December 28, 2000

———————

Before WILKINS, LUTTIG, and WILLIAMS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

David B. Love, Baltimore, Maryland; W. Michael Pierson, Baltimore,
Maryland, for Appellants. Bruce S. Harrison, Patrick M.
Pilachowski, Eric Hemmendinger, SHAWE & ROSENTHAL, L.L.P., Bal-
timore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
Local Rule 36(c).

PER CURIAM:

Appellants appeal the district court's order granting summary judgment to Peninsula Regional Medical Center on their employment discrimination/retaliation claims. We have reviewed the record and the parties' briefs, as well as the district court's opinion, and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Conaway v. Peninsula Regional Medical Ctr.</u>, No. CA-99-193-S (D. Md. Dec. 22, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>